```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00988
   SYED M YOUNUS
   KHALDA P YOUNUS                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-3455      SSN XXX-XX-2184
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/19/07 and confirmed on 04/23/07.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  19750.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| NATIONAL CITY BANK | SECURED | .00 | .00 | .00 |
| NATIONAL CITY BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11183.87 | .00 | 2260.46 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 24426.07 | .00 | 4936.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3734.49 | .00 | 754.81 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 17491.30 | .00 | 3535.31 |
| B REAL LLC | UNSECURED | 13314.84 | .00 | 2691.17 |
| CHASE BANK | UNSECURED | 6967.21 | .00 | 1408.20 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5783.32 | .00 | 1168.91 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 208.22 | .00 | 42.09 |
| FOUNDERS BANK | UNSECURED | NOT FILED | .00 | .00 |
| WILL COUNTY MEDICAL ASSO | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 83109.32 | .00 | 83109.32 |
| PRINCIPAL PAID | .00 | .00 | 16797.90 | .00 | 16797.90 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 16797.90 | .00 | 16797.90 |

The Debtor's attorney, PATRICK A MESZAROS             , was allowed $   2500.00
and was paid $   430.00  direct and $   2070.00  through the plan.

The Trustee received $    882.10 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE